## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STRAUMANN USA, LLC, and JJGC INDÚSTRIA E COMÉRCIO de MATERIAIS DENTÁRIOS S.A., <br><br> Plaintiffs, <br><br> v. <br><br> GERYON HOLDINGS, LLC d/b/a DESS, and TERRATS MEDICAL S.L., <br><br> Defendants. | Civil Action No. _____ |

## SUMMONS IN A CIVIL ACTION

**TO:  Geryon Holdings, LLC d/b/a DESS**
      **c/o Registered Agent**
      **The Munizzi Law Firm**
      **101 N. Woodland Blvd., Suite 601**
      **DeLand, FL 32720**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| **Timothy J. Kiley, Esq.** | **Mary D. Hallerman, Esq.** |
| Florida Bar # 0044352 | (pro hac vice pending) |
| **Mallory A. Davis, Esq.** | **John J. Dabney, Esq.** |
| Florida Bar # 1061323 | (pro hac vice pending) |
| Winderweedle, Haines, Ward & Woodman, P.A. | **Morgan R. Povinelli, Esq.** |
| | (pro hac vice pending) |
| 329 Park Ave. North, Second Floor | Snell & Wilmer L.L.P. |
| Winter Park, FL 32789 | 2001 K Street NW |
| (407) 423-4246 | Suite 425 North |
| tkiley@whww.com | Washington, D.C. 20006 |
| acothran@whww.com | (202) 908-4262 |
| mdavis@whww.com | mhallerman@swlaw.com |
| dthompson@whww.com | jdabney@swlaw.com |
| | mpovinelli@swlaw.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____          _____
*Signature of Clerk or Deputy Clerk*