UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STRAUMANN USA, LLC, and JJGC INDÚSTRIA E COMÉRCIO de MATERIAIS DENTÁRIOS S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>GERYON HOLDINGS, LLC d/b/a DESS, and TERRATS MEDICAL S.L.,<br><br>Defendants. | Civil Action No. _____ |

## SUMMONS IN A CIVIL ACTION

**TO:** **Terrats Medical S.L.**
**75-99, Pol. Ind. Can Salvatella,**
**Carrer de Mogoda, Barberà del Vallès**
**Spain 08210**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| **Timothy J. Kiley, Esq.**<br>Florida Bar # 0044352<br>**Mallory A. Davis, Esq.**<br>Florida Bar # 1061323 | **Mary D. Hallerman, Esq.**<br>(pro hac vice pending)<br>**John J. Dabney, Esq.**<br>(pro hac vice pending) |

| | |
|---|---|
| Winderweedle, Haines, Ward & Woodman, P.A.<br>329 Park Ave. North, Second Floor<br>Winter Park, FL 32789<br>(407) 423-4246<br>tkiley@whww.com<br>acothran@whww.com<br>mdavis@whww.com<br>dthompson@whww.com | **Morgan R. Povinelli, Esq.**<br>(pro hac vice pending)<br>Snell & Wilmer L.L.P.<br>2001 K Street NW<br>Suite 425 North<br>Washington, D.C. 20006<br>(202) 908-4262<br>mhallerman@swlaw.com<br>jdabney@swlaw.com<br>mpovinelli@swlaw.com |

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____      _____
                                                                       *Signature of Clerk or Deputy Clerk*